UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUSTAQUIO CRUZ AGUIRRE,

Petitioner,

v.

WARDEN, CENTRAL VALLEY DETENTION ANNEX FACILITY,

Respondent.

No. 1:26-cv-04985-DAD-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DENYING PETITIONER'S MOTION TO APPOINT COUNSEL, AND DENYING RESPONDENT'S MOTION TO DISMISS

(Doc. Nos. 3, 7, 11)

Petitioner Eustaquio Cruz Aguirre is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 10, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be dismissed as moot. (Doc. No. 11.) Specifically, the magistrate judge found that petitioner was removed from the United States on August 1, 2026, meaning that he is no longer in custody and his petition challenging his immigration detention is now moot. (*Id.* at 2–3.) The pending findings and recommendations were served on the parties and contained notice that any

/////

objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, no party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on September 10, 2026 (Doc. No. 11) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED without prejudice as having been rendered moot by this order;
3. Petitioner's motion to appoint counsel (Doc. 3) is DENIED as having been rendered moot by this order;
4. Respondent's motion to dismiss (Doc. No. 7) is DENIED as having been rendered moot by this order; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 5, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE